**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7230**

———————

ALFRED LEE MAULDIN,

Petitioner - Appellant,

versus

FEDERAL BUREAU OF PRISONS; MARY ELLEN THOMAS,
Warden, Butner, North Carolina; JOSEPH TANG,
Staff Attorney; LIEUTENANT YONCE; LIEUTENANT
WENZLER; CARDINAL WHITE, SRO Unit Manager,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-336-5-H)

———————

Submitted: January 16, 2003          Decided: January 22, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alfred Lee Mauldin, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred Lee Mauldin, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Mauldin v. Federal Bureau of Prisons, CA-02-336-5-H (E.D.N.C. July 5, 2002).  We deny Mauldin's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2